Ann M. Cerney, SBN: 068748
Shellie Lott, SBN: 246202
CERNEY KREUZE & LOTT, LLP
Attorneys at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| ELIZABETH DIAZ-MARTINEZ, | CASE NO. 2:09-CV-2096-EFB |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

Plaintiff shall file her response on or before February 18, 2010.

SO ORDERED.

DATED: December 30, 2009.

_（signature）_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

1
STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER