BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
       333 Market Street, Suite 1500
       San Francisco, California 94105
       Telephone:  (415) 977-8934
       Facsimile:  (415) 744-0134
       E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ELIZABETH DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-cv-2096 KJN<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    The ALJ should reevaluate the medical opinion evidence, including the opinion of Drs. Kalman, Lopez, Chang and Thurstone, and explain whether he is accepting or rejecting the individual opinions; reevaluate the claimant's credibility and RFC; and reevaluate whether the claimant can return to his past relevant work and/or a significant number of other jobs given his RFC, obtaining vocational expert testimony if necessary.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                              Respectfully submitted,

Dated: April 12, 2010                 /s/ *Ann Cerney*
                                              (As authorized via email)
                                              ANN CERNEY
                                              Attorney for Plaintiff

Dated: April 12, 2010                 BENJAMIN B. WAGNER
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                              /s/ *Shea Lita Bond*
                                              SHEA LITA BOND
                                              Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  April 14, 2010

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE