BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
        Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ELIZABETH DIAZ, | Case No. 2:09-cv-2096 KJN |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

        IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel that, subject to the approval of the Court, Plaintiff's counsel, as Plaintiff's assignee, be

awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the

amount of THREE THOUSAND SEVEN HUNDRED dollars and 00/100 cents ($3,700.00).

This amount represents compensation for all legal services rendered on behalf of Plaintiff by

counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

attorney fees, and does not constitute an admission of liability on the part of Defendant under the

EAJA.  Payment of THREE THOUSAND SEVEN HUNDRED dollars and 00/100 cents

($3,700.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all

claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment

shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: May 10, 2010                           /s/ Ann Cerney
                                              (As authorized via email)
                                              ANN CERNEY
                                              Attorney for Plaintiff

Dated: May 10, 2010                           BENJAMIN B. WAGNER
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                              /s/ Shea Lita Bond
                                              SHEA LITA BOND
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

Dated:  May 13, 2010

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

- 2 -